# SUSSMAN & WATKINS
### - Attorneys at Law -

MICHAEL H. SUSSMAN
CHRISTOPHER D. WATKINS

40 PARK PLACE, P.O. BOX 1005
GOSHEN, NEW YORK 10924

(845) 294-3991
Fax: (845) 294-1623
sussman1@frontiernet.net

LEGAL ASSISTANTS
GEORGE FIGUEROA
VIRGINIA ESPOSITO

**MEMO ENDORSED**

4/30/08 - By fax

Hon. Charles Brieant
United States District Court
Southern District of NY
300 Quarropas Street
White Plains, NY 10601

*Application granted. Discovery extended to 7/1/08. Conference adjourned to 7/11/08 @ 9:00 am - So Ordered*
*4/30/08 Charles L. Brieant USDJ*

re: **Valentin v. NY State Dept of Correctional Services**, 07 CIV 7066

Dear Judge Brieant,

The parties have proceeded with extensive document discovery in this matter, but not yet conducted necessary depositions. Accordingly, we jointly request an extension of sixty days, or until July 1, 2008, to complete all discovery in the matter. We further would request adjournment of the currently scheduled final pre-trial conference [May 9] for a like period, or until the second week of July 2008. Thank you for your consideration.

Respectfully,

Michael H. Sussman
Counsel for Plaintiff

cc: Julinda Dawkins, Esq., AAG [by fax]
    Counsel for Defendant